AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BRADLEY WM. BAILEY,

*Plaintiff*

v.

TIM THRASHER, DONALD HOLBROOK and DUSTIN DAVIS,

*Defendant*

Civil Action No. 4:16-CV-5025-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint and the claims therein are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Quackenbush on a motion for Voluntary Dismissal.

Date: May 5, 2016

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy